Arnulfo **GONZALEZ VARGAS**;
**Letiticia Jiminez Gonzalez,**
**Petitioners,**

v.

John **ASHCROFT, Attorney**
**General, Respondent.**

No. 02–73436.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 10, 2004.*

Decided Jan. 6, 2005.

Bruce C. Wong, Esq., Duxford Law Group, San Francisco, CA, for Petitioner and Respondent.

Arnulfo Gonzalez Vargas, San Leandro, CA, pro se.

David Dauenheimer, Luis E. Perez, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, W. FLETCHER, and BYBEE, Circuit Judges.

MEMORANDUM **

Petitioners Arnulfo Gonzalez Vargas and his wife seek asylum and withholding of removal. The Immigration Judge ("IJ") and Board of Immigration Appeals ("BIA") denied relief.

The BIA affirmed the IJ's finding that petitioners had not shown persecution on any protected ground. The BIA's decision was supported by substantial evidence. *See* 8 U.S.C. § 1101(a)(42)(A) (defining refugee).

Because petitioners have not established their eligibility for asylum, they have necessarily failed to show they are entitled to withholding of removal. *See Alvarez–Santos v. INS*, 332 F.3d 1245, 1254–55 (9th Cir.2003). The petition for review is DENIED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.